J-S08036-23

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DONNA L. MELHORN | : | No. 671 MDA 2022 |

Appeal from the Judgment of Sentence Entered April 21, 2022
In the Court of Common Pleas of Adams County Criminal Division at
No(s):  CP-01-CR-0001137-2021

BEFORE:   OLSON, J., McCAFFERY, J., and COLINS, J.[*]

CONCURRING STATEMENT BY McCAFFERY, J.:          **FILED: MAY 8, 2023**

I agree that we are bound by the *en banc* Majority decisions in **Richards** and **Moroz** to treat Appellant's prior acceptance of ARD as a first DUI offense. **See Commonwealth v. Richards**, 284 A.3d 214, 220-21 (Pa. Super. 2022), *appeal granted*, 518 MAL 2022 (Pa. Mar. 15, 2023) (*en banc*); **Commonwealth v. Moroz**, 284 A.3d 227, 233 (Pa. Super. 2022) (*en banc*).[1] However, for the reasons expressed in my Dissenting Opinions, I believe **Richards** and **Moroz** were wrongly decided.  **See Richards**, 284 A.3d at 222-

---

[*] Retired Senior Judge assigned to the Superior Court.

[1] **See also Commonwealth v. Verbeck**, 290 A.3d 260 (Pa. 2023); **Commonwealth v. Hummel**, __ A.3d __, 1147 MDA 2022 (Pa. Super. April 4, 2023).

26 (Dissenting Op., McCaffery, J.); ***Moroz***, 284 A.3d at 235-39 (Dissenting

Op., McCaffery, J.).  Thus, I am constrained to concur in this decision.

Judge Colins joins the Concurring Statement.